Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50408 | **DATE** | 6/5/2006 |
| **CASE TITLE** | Brown, et al vs. Saini, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiffs' April 24, 2006 Motion to Compel is granted in part and denied in part. Defendant is to produce the documents described in the Opinion by June 23, 2006. Motion for Sanctions is denied.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|